# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:17-cv-02697-JFW-AJWX     Date 8/7/17

Title: Marcia Stein v. Kaiser Foundation Health Plan, Inc., et al

Present: The Honorable John F. Walter

| Shannon Reilly | Not Reporterd |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present   Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Notice of Dismissal [39] - Make JS-6

☐ Entered _____.

Initials of Preparer   sr